IN THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 0:23-CV-62221-CMA

STEVE SCHMIDT and
DEBORAH SCHMIDT,

    Plaintiffs,

vs.

NCL (Bahamas) LTD.,
A Bermuda Company a/k/a NCL,

    Defendant.
_____/

**JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**

COME NOW the parties, STEVE SCHMIDT, DEBORAH SCHMIDT and NCL (Bahamas) LTD, by and through their undersigned counsel, and move for the entry of an Order of Dismissal with prejudice, each party to bear their own costs and attorney's fees.

DATED this 9th day of April 2024.

| | |
|---|---|
| Law Offices of Fred Land Fulmer, P.A. | NORWEGIAN CRUISE LINE |
| Attorneys for plaintiff | Attorneys for defendant |
| Galleria Corporate Centre, Suite 1216 | 7665 Corporate Center Drive |
| 2455 East Sunrise Boulevard | Miami, Florida 33126 |
| Fort Lauderdale, Florida 33304 | (P) 305-436-4653 |
| (P) 954-763-1052 | Email: tsussman@nclcorp.com |
| Email: flfulmerlaw@aol.com | |
| | |
| By  /s/ Fred L. Fulmer | /s/ Todd Sussman |
|     FRED L. FULMER |     TODD SUSSMAN |
|     FLA BAR NO: 347681 |     FLA BAR NO: 0084729 |